[NOT FOR PUBLICATION — NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 01-1854

UNITED STATES OF AMERICA,
Appellee,

v.

ANDREW E. BRACKETT,
Defendant, Appellant.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MAINE

[Hon. George Z. Singal, U.S. District Judge]

Before

Selya, Circuit Judge,

Stahl, Senior Circuit Judge,

and Doumar,* Senior District Judge.

Walter Hanstein, III, with whom Joyce, David & Hanstein, P.A. was on brief, for appellant.
F. Mark Terison, Senior Litigation Counsel, with whom Paula D. Silsby, United States Attorney, was on brief, for appellee.

October 24, 2001

_____
*Of the Eastern District of Virginia, sitting by designation.

**Per Curiam.**   This appeal was argued on September 14, 2001, in conjunction with several other appeals raising the same principal question:   does an undifferentiated conviction under Maine's general-purpose assault statute, Me. Rev. Stat. Ann. tit. 17-A, § 207, constitute a conviction for a misdemeanor crime of domestic violence within the purview of 18 U.S.C. § 922(g)(9)?   We answered that question affirmatively in United States v. Nason, ___ F.3d ___ (1st Cir. 2001) [No. 01-1440]. Nason is fully dispositive here.   Accordingly, the defendant's conviction is affirmed.

**Affirmed.**